880 A.2d 1215

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Stephen W. SIMPSON, Respondent.**

**No. 1038 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 22, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of July, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 12, 2005, it is hereby

ORDERED that STEPHEN W. SIMPSON be and he is SUSPENDED from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that the expenses incurred in the investigation and prosecution of this matter are to be paid by the Respondent.